IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. 3:22-cr-00137<br>Judge Thomas M. Rose |
| Plaintiff, | : | **INFORMATION**<br>**18 U.S.C. § 1001(a)(2)** |
| vs. | : | |
| | : | |
| **BELINDA FOWLER,** | : | |
| Defendant. | : | |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1

On or about January 10, 2022, in the Southern District of Ohio, the defendant, **BELINDA FOWLER**, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by claiming to Task Force Officer Calvin Burch, an official with the Drug Enforcement Administration, that she did not have any firearms in a storage unit that she leased. The statements and representation were false because, as **BELINDA FOWLER** then and there knew, she did have firearms in a storage unit that she leased.

In violation of Title 18, United States Code, Section 1001.

KENNETH L. PARKER
United States Attorney

s/ Ryan A. Saunders
RYAN A. SAUNDERS
Assistant United States Attorney